```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16519
    DARLENE E CARTER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-4002


---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 12/13/2006 and was confirmed 03/05/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 08/13/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG          .00          .00             .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE       100.64          .00          100.64
COOK COUNTY TREASURER     SECURED            7036.00        35.19          449.67
CHASE MANHATTAN MORTGAGE  NOTICE ONLY      NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           51.22           .00             .00
PROVIDIAN                 NOTICE ONLY      NOT FILED          .00             .00
CAPITAL ONE               UNSECURED         1941.38          .00             .00
COMMONWEALTH EDISON       UNSECURED         1330.49          .00             .00
FIRST PREMIER BANK        FILED LATE            .00          .00             .00
INSURA ONE AGENCY         UNSECURED       NOT FILED          .00             .00
LOAN POINT USA            UNSECURED       NOT FILED          .00             .00
LVNV FUNDING              NOTICE ONLY     NOT FILED          .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED          123.81          .00             .00
SBC AMERITECH             NOTICE ONLY     NOT FILED          .00             .00
TCF BANK                  NOTICE ONLY     NOT FILED          .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED          .00             .00
RUSH OAK PARK HOSPITAL    UNSECURED       NOT FILED          .00             .00
MIDLAND CREDIT MANAGEMEN  UNSECURED          117.60          .00             .00
SONIC PAYDAY LOAN         UNSECURED       NOT FILED          .00             .00
TCF NATIONAL BANK         UNSECURED       NOT FILED          .00             .00
PAYDAY LOAN STORE         UNSECURED       NOT FILED          .00             .00
VERIZON WIRELESS          UNSECURED       NOT FILED          .00             .00
ASSET ACCEPTANCE LLC      UNSECURED         4285.41          .00             .00
JENNIFER A BLANC DOUGE    DEBTOR ATTY       1,525.00                     1,525.00
TOM VAUGHN                TRUSTEE                                          139.50
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                        2,250.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16519 DARLENE E CARTER

```
PRIORITY                                                              .00
SECURED                                                            550.31
     INTEREST                                                       35.19
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,525.00
TRUSTEE COMPENSATION                                               139.50
DEBTOR REFUND                                                         .00
                                      ----------------    ----------------
TOTALS                                        2,250.00            2,250.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 12/03/07                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 16519 DARLENE E CARTER